NUMBER 13-01-045-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


________________________________________________________________



MINERVA SALAZAR, INDIVIDUALLY AND AS SUPERINTENDENT OF THE WEST OSO 

INDEPENDENT SCHOOL DISTRICT, ET AL. , Appellants,



v.



CESAR FLORES, INDIVIDUALLY AND AS PRESIDENT 

OF THE WEST OSO ALUMNI ASSOCIATION , Appellee.

________________________________________________________________
On appeal from the 319th District Court

of Nueces County, Texas.

_______________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam



 Appellants, MINERVA SALAZAR, INDIVIDUALLY AND AS SUPERINTENDENT OF THE WEST OSO
INDEPENDENT SCHOOL DISTRICT, ET AL. , perfected an appeal from an order entered by the 319th District Court of
Nueces County, Texas, in cause number 00-5991-G . After the record and appellant's brief were filed, the parties filed an
agreed motion to dismiss the appeal. In the motion, the parties state that the trial court has signed an agreed order for
non-suit and dismissal of all claims in the underlying action. The parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion that the
motion should be granted. The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 20th day of February, 2003 .